NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCUS WEATHERSPOON, | No. 08-16582 |
| Petitioner - Appellant, | D.C. No. 3:04-CV-00664-RLH |
| v. | |
| E.K. McDANIEL, Warden, and BRIAN SANDOVAL, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief Judge, Presiding

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Nevada state prisoner Marcus Weatherspoon appeals from the district

court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction

under 28 U.S.C. § 2253, and we affirm.

_____

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Weatherspoon contends that his trial lawyer rendered ineffective assistance by failing to call Gloria Banks as a witness. The Nevada Supreme Court denied this claim, holding that Weatherspoon failed to demonstrate that his counsel acted unreasonably. The record shows that the state court did not unreasonably apply *Strickland v. Washington*, 466 U.S. 668 (1984). *See* 28 U.S.C. § 2254(d)(1). Weatherspoon is therefore not entitled to habeas relief. *See Harrington v. Richter*, 131 S. Ct. 770, 785-87 (2011).

Weatherspoon's motion to supplement the record is denied.

**AFFIRMED.**